[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 19, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14799

_____

D. C. Docket No. 02-02445-CV-LSC-NE

JEANNETTE ROGERS DULAN,

Plaintiff-Appellant
Cross-Appellee,

versus

HUNTSVILLE HOSPITAL ASSOCIATION, INC.,
ANDERSHOCK, Dr.; M.D.; Emergency Room
Physician of dft Huntsville Hospital,

Defendants-Appellees
Cross-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Alabama

_____

**(September 19, 2006)**

Before BIRCH, PRYOR and FAY, Circuit Judges.

PER CURIAM:

After conducting oral argument, thoroughly reviewing the briefs of the parties and the record in this case, we discern no error on the part of the district court in awarding judgment to the defendants in this case. Accordingly, the judgment of the district court is AFFIRMED.